IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-CR-162 (Varlan / Shirley) |
| RICHARD EUGENE JONES, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the undersigned pursuant to an Oral Motion by the government to extent the deadline for filing post-hearing briefs. The government's deadline is May 30, 2008. The government is asking for a one day extension and for the brief to be due on June 2, 2008. Upon agreement of the parties, the Oral Motion is **GRANTED**. The government's post-hearing brief is due on **June 2, 2008**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge